UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 04 B 38649
    WALTER F STANTON
    LYN ANN STANTON                         CHAPTER 13

                                            JUDGE: MANUEL BARBOSA

         Debtor
    SSN XXX-XX-5510      SSN XXX-XX-2398
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/18/04 and confirmed on 05/10/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 31920.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MORTGAG | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MORTGAG | MORTGAGE ARRE | 7581.60 | .00 | 7581.60 |
| ROSWELL PROPERTIES LLC L | SECURED | .00 | .00 | .00 |
| B FIRST LLC | UNSECURED | 19421.42 | .00 | 5880.03 |
| US BANK | UNSECURED | 9112.57 | .00 | 2758.92 |
| DISCOVER BANK | UNSECURED | 4028.02 | .00 | 1219.52 |
| HELEN MCCULLOUGH | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MBNA AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| NCM TRUST | UNSECURED | 9559.81 | .00 | 2894.33 |
| THE BUREAUS INC | UNSECURED | 24170.90 | .00 | 7317.98 |
| DISCOVER BANK | UNSECURED | 9672.26 | .00 | 2928.37 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 7581.60 | .00 | 75964.98 | .00 | 83546.58 |
| PRINCIPAL PAID | 7581.60 | .00 | 22999.15 | .00 | 30580.75 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 7581.60 | .00 | 22999.15 | .00 | 30580.75 |

The Debtor's attorney, PATRICIA RUMMER                , was allowed $       .00
and was paid $        .00 .

The Trustee received $    1339.25 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 02/12/08                      /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```